UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEY ASIC, INC., et al., <br><br> Defendants. | Case No. 5:15-cv-05594-BLF <br><br> **CASE MANAGEMENT ORDER** |

On 04/28/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 02/15/2018 at 9:00 a.m. |
| Final Pretrial Conference | 05/03/18 at 1:30 p.m. |
| Trial | 05/29/2018 at 9:00 a.m. |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5      IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6 proposed schedule regarding dates and deadlines to trial by 06/02/2016.
7      IT IS FURTHER ORDERED THAT the parties are referred to Judge Cousins for
8 Settlement.

Dated:  04/28/2016

_____
BETH LABSON FREEMAN
United States District Judge